**Motion Granted and Order filed August 20, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00397-CR
_____

## EX PARTE MARCO ANTONIO CONTRERAS

**On Appeal from the County Criminal Court at Law No. 8
Harris County, Texas
Trial Court Cause No. 2285006**

## ORDER

The record reflects this appeal is from the denial of appellant's petition for writ of habeas corpus claiming the case in trial court cause number 2285006 is barred by double jeopardy. Appellant filed a motion to supplement the record with a complete copy of the clerk's record in trial court cause number 2234334, in which a mistrial was declared. No response was filed.

The motion is GRANTED. The Harris County District Clerk is directed to file a supplemental clerk's record on or before **September 21, 2020**, containing a complete copy of the clerk's record in trial court cause number 2234334. Appellant's brief will be due thirty days after the supplemental clerk's record is filed.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Wise and Bourliot.